1  WILSON TURNER KOSMO LLP
   VICKIE E. TURNER (106431)
2  ROBERT A. SHIELDS (206042)
   JAMES P. LEONARD II (255575)
3  402 West Broadway, Suite 1600
   San Diego, California 92101
4  Telephone: (619) 236-9600
   Facsimile: (619) 236-9669
5  E-mail: vturner@wilsonturnerkosmo.com
   E-mail: rshields@wilsonturnerkosmo.com
6  E-mail: jleonard@wilsonturnerkosmo.com

7  Attorneys for Defendant
   FORD MOTOR COMPANY
8

9  **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA**

11 **EASTERN DIVISION**

| | |
|---|---|
| 12 RICHARD LIRA, an individual, | Case No. 5:19-cv-00020-AB-(FFMx) |
| 13          Plaintiff, | **JOINT MOTION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| 14     v. | |
| 15 FORD MOTOR COMPANY, and DOES 1 through 10, inclusive, | Complaint Filed: December 5, 2018<br>Action Removed: January 4, 2019 |
| 16          Defendants. | Ctrm:          7B<br>District Judge: Hon. Andre J. Birotte Jr. |
| 17 | |
| 18 | Ctrm:          580, 5th Floor<br>Magistrate:    Hon. Frederick F. Mumm |
| 19 | |
| 20 | Trial Date:    Not Set |

21     TO ALL PARTIES AND THIS HONORABLE COURT

22     IT IS HEREBY STIPULATED by and between the parties, through their

23 designated counsel, that Plaintiff RICHARD LIRA dismisses his Complaint with

24 prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This dismissal

25 is pursuant to a settlement reached among the parties. Each party shall bear its own

26 fees and costs.

27 ///

28 ///

| | | |
|---|---|---|
| Dated: February 19, 2020 | | **WILSON TURNER KOSMO LLP** |

                                              By:   /s/ *James P. Leonard II*
                                                          VICKIE E. TURNER
                                                          ROBERT A. SHIELDS
                                                          JAMES P. LEONARD II
                                                          Attorneys for Defendant
                                                          FORD MOTOR COMPANY

Dated: February 19, 2020        **LEMON LAW AID, INC.**

                                                          By:   /s/ *Joseph A. Kaufman*
                                                                       JOSEPH A. KAUFMAN
                                                                       Attorneys for Plaintiff
                                                                       RICHARD LIRA

Dated: February 19, 2020        **MELTON LAW GROUP**

                                                          By:   /s/ *Shawna Melton*
                                                                       SHAWNA MELTON
                                                                      MONICA K. SANDHU
                                                                      Attorneys for Plaintiff
                                                                      RICHARD LIRA

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

                                                        By:   /s/ *James P. Leonard II*
                                                                       JAMES P. LEONARD II