JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| RICHARD LIRA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:19-cv-00020-AB-(FFMx)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br>Complaint Filed: December 5, 2018<br>Action Removed: January 4, 2019 |

The Court hereby grants Plaintiff RICHARD LIRA'S and Defendant FORD MOTOR COMPANY's Joint Motion for Dismissal of All Claims With Prejudice.

GOOD CAUSE APPEARING, it is hereby ORDERED that: (a) Plaintiff's Complaint shall be dismissed with prejudice; and (b) each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

DATED: February 21, 2020          BY: _____
                                                        HON. ANDRE BIROTTE JR.
                                                        Judge of the District Court